168        APPELLATE COURTS OF ILLINOIS.

National Bank of the Republic v. Gerhardt, 209 Ill. App. 168.

## National Bank of the Republic, Appellee, v. Paul Gerhardt, Appellant.

### Gen. No. 22,637.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by the National Bank of the Republic, plaintiff, against Paul Gerhardt, defendant, to recover against defendant as guarantor of a note given plaintiff as payee by the makers. From a judgment for plaintiff on a directed verdict, defendant appeals.

One of the makers of this note had an account with the plaintiff bank, which had extended him credit of $16,000, evidenced by notes and indorsements of the same makers. The credit was increased $4,000 by their additional note guaranteed by defendant, which was renewed from time to time until the note in question was given. Prior to the last renewal of this note the bank called for further security, and one of the other makers gave his individual note for $18,000, secured by a trust deed on certain property. Four days later notes evidencing the indebtedness were renewed, one for $13,097.95 as a collateral note with the $18,000 note pledged as collateral thereto, and one for $4,000 as a plain note of hand making no reference to collateral and bearing defendant's signature as guarantor. The amount of the former note was reduced by payments from sales of parts of the property released from the trust deed with plaintiff's consent.

ROY D. KEEHN, for appellant.

NEWMAN, POPPENHUSEN & STERN, for appellee; CHARLES T. FARSON, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

MORTGAGES, § 79*—*when inference not raised that entire debt was covered by security.* The mere fact that the amount of security covered by a trust deed given to secure an indebtedness exceeded the entire indebtedness did not of itself raise the inference that the entire debt, including a note on which defendant was guarantor, was covered by the security.

---

**Eliza Ferguson, Appellee, v. State Bank of West Pullman, Appellant.**

**Gen. No. 22,903.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917.

## Statement of the Case.

Action by Eliza Ferguson, plaintiff, against State Bank of West Pullman, defendant, for conversion of a bond of $1,000 face value. From a judgment for plaintiff for $1,000, upon denial of defendant's motion at the close of plaintiff's evidence for a directed verdict, defendant appeals.

HARRY A. BIOSSAT, for appellant.

MANCHA BRUGGEMEYER, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.